

STEVEN S. ALM
United States Attorney
District of Hawaii

ELLIOT ENOKI
First Assistant U.S. Attorney

CHRIS A. THOMAS
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii 96850
Telephone: (808) 541-2850

Attorneys for Plaintiff
UNITED STATES OF AMERICA



IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. CR01-00049 DAE |
| Plaintiff, | ) | INDICTMENT |
| vs. | ) | [21 U.S.C. §§ 841(a)(1), |
| MISTER MCKINNEY, | ) | 841(b)(1)(A) and 846] |
| Defendant. | ) | |

INDICTMENT

COUNT 1:

The Grand Jury charges that:

From on or about February 13, 1998, to and including March 13, 1998, in the District of Hawaii, and elsewhere,

**MISTER MCKINNEY**

defendant herein, did willfully and unlawfully conspire together with Omar Paulino, and others known and unknown to the grand jury, to knowingly and intentionally possess with intent to

distribute, and to distribute in excess of 100 grams of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1).

It was the object of the aforesaid conspiracy to possess for distribution and to distribute methamphetamine in Hawaii.

## OVERT ACTS

In furtherance of said conspiracy and to effect the objects thereof, the defendant performed overt acts in the District of Hawaii and elsewhere which include, but are not limited to, the following:

1. On March 12, 1998, MCKINNEY flew to Hawaii from Los Angeles.

2. On March 12, 1998, MCKINNEY rented room 1100 at the Outrigger East Hotel.

3. On March 12, 1998, MCKINNEY, from his hotel room, called PAULINO using PAULINO's pager number.

4. On March 12, 1998, MCKINNEY and PAULINO met at MCKINNEY's hotel room.

5. On March 12, 1998, MCKINNEY distributed to PAULINO one and one-half pounds of crystal methamphetamine.

All in violation of Title 21, United States Code, Section 846.

## COUNT 2:

The Grand Jury further charges:

On or about March 12, 1998, in the District of Hawaii,

MISTER MCKINNEY, did knowingly and intentionally possess with intent to distribute and distribute in excess of 100 grams of methamphetamine, a schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1), 841(b)(1)(A).

DATED: Honolulu, Hawaii, _____2/8/01_____.

A TRUE BILL

/s/
_____
FOREPERSON, GRAND JURY

_____
STEVEN S. ALM
United States Attorney
District of Hawaii

_____
ELLIOT ENOKI
First Assistant U.S. Attorney

_____
CHRIS A. THOMAS
Assistant U.S. Attorney

United States v. Mister McKinney
"Indictment"
Cr. No. _____