EDWARD H. KUBO, JR.   #2499
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI  #2286
Chief, Narcotics Section

CHRIS A. THOMAS       #3514
Assistant U. S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
E-mail: Chris.Thomas@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) | CR. NO. 01-00049 DAE |
|---|---|---|
| Plaintiff, | ) | |
| | ) | ORDER FOR DISMISSAL |
| vs. | ) | OF INDICTMENT |
| | ) | |
| MISTER MCKINNEY, | ) | |
| | ) | |
| Defendant. | ) | |

ORDER FOR DISMISSAL OF INDICTMENT

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of court endorsed hereon, the United States Attorney for the District of Hawaii hereby dismisses the Indictment against Defendant Mister McKinney ("Defendant McKinney") on the grounds that Defendant McKinney was charged and sentenced in an Information.  Pursuant to a plea agreement, the Government agreed to dismiss the charges as to Defendant McKinney in the Indictment.

Defendant McKinney was sentenced on September 28, 2005, to forty-eight (48) months confinement. Defendant McKinney is currently not in custody, but he is to self-surrender on March 6, 2006.

DATED: Honolulu, Hawaii, September 29, 2005.

EDWARD H. KUBO, JR.
UNITED STATES ATTORNEY
District of Hawaii

By _____
CHRIS A. THOMAS
Assistant U.S. Attorney

Leave of court is granted for the filing of the foregoing dismissal.

DAVID ALAN EZRA

_____
UNITED STATES DISTRICT JUDGE

DATED: SEP 3 0 2005

United States v. Mister McKinney
Cr. No. 01-00049 DAE
"Order for Dismissal of Indictment"

2